# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DIVINE PURSE COMPANY, LLC
d/b/a PACKIN' NEAT
    Plaintiff,
v.                                         Case No. 2:16-cv-00291-FtM-CM

SHEPAX, INC. and KEEN LIGHT
INDUSTRIES, LTD.,
    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiff Divine Purse Company, LLC hereby provides notice that the present case has been settled.

Dated: April 20, 2017                          Respectfully submitted,

                                                          By: */s/ Alejandro J. Fernandez*
                                                             Alejandro J. Fernandez, Esq.
                                                             Board Certified in Intellectual Property Law
                                                             FL. Bar No.: 32221
                                                            E-mail: AFernandez@brinksgilson.com
                                                            Stephen J. Leahu, Esq.
                                                            Board Certified in Intellectual Property Law
                                                           FL. Bar No. 54037
                                                           E-mail: SLeahu@brinksgilson.com
                                                           **BRINKS GILSON & LIONE**
                                                           SunTrust Financial Centre
                                                           401 E. Jackson Street, Suite 3500
                                                           Tampa, FL 33602
                                                          Telephone No. (813) 275-5020
                                                          Telefacsimile No. (813) 275-5021

                                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on April 20, 2017, I filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all counsel of record.

                                         */s/ Alejandro J. Fernandez*
                                           Alejandro J. Fernandez